```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
GEORGE GERVIN,                                                       :
                                                                     :
                              Plaintiff,                             :    1:23-cv-1284-GHW
                                                                     :
             -against-                                               :    ORDER
                                                                     :
RALPH LAUREN CORPORATION,                                            :
                                                                     :
                              Defendant.                             :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the teleconference held on April 24, 2023, the deadline for Defendant to file and serve its motion to dismiss is May 15, 2023.  Plaintiff's opposition is due within twenty-one days after the date of service of Defendant's motion; Defendant's reply, if any, is due within one week after the date of service of Plaintiff's opposition.

      SO ORDERED.

Dated:  April 24, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge