UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE GERVIN,<br><br>                               Plaintiff,<br><br>    v.<br><br>RALPH LAUREN CORPORATION,<br><br>                               Defendant. | Case No. 1:23-cv-1284-GHW-SDA<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Partial Motion to Dismiss Counts I and III of Plaintiff's Complaint, Defendant Ralph Lauren Corporation, by and through its counsel, Kelley Drye & Warren LLP, will move this Court before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts I and III of Plaintiff's Complaint.

Dated: New York, New York
        May 15, 2023

KELLEY DRYE & WARREN LLP

By:   */s/ Andrea L. Calvaruso*
      Andrea L. Calvaruso
      Aaron J. Gold
      3 World Trade Center
      175 Greenwich Street
      New York, New York 10007
      Telephone: (212) 808-7800
      Facsimile: (212) 808-7897
      acalvaruso@kelleydrye.com
      agold@kelleydrye.com

      *Attorneys for Defendant Ralph*
       *Lauren Corporation*